# LUMER & NEVILLE

Attorneys At Law

MICHAEL B. LUMER
JAMES C. NEVILLE

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
WWW.LUMERNEVILLE.COM

(212) 566-5060
FACSIMILE (212) 406-6890

November 9, 2015

**By ECF**
Hon. Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **James v. City of New York,**
                **15 CV 3657 (ERK) (PK)**

Dear Judge Kuo:

      We represent plaintiff Andy James in the above referenced matter, and write to respectfully request that the Court schedule an Initial Conference at a date and time convenient to the Court. This request is made with the consent of the defendant.

      The action was commenced on June 23, and the municipal defendant answered on September 16, 2015. It is our understanding that Judge Pohorelsky retired from the bench prior to that date and that this matter was transferred to Your Honor on or about October 15, 2015. We have not yet had a conference in this matter and a case management plan has not yet issued.

      Thank you for your kind attention.

                              Respectfully submitted,

                              Michael Lumer

cc:    Elissa P. Fudim, Sr. Counsel (By ECF)