# AAA Attorney Service Co. Of NY, Inc.

20 Vesey Street, Room 1110
New York, NY 10007
Ph: (212) 233-3508 -- Fax: (212) 587-8225
IRS#: 13-2959695

Invoice #: 9651

Date: 12/15/2015

LUMER & NEVILLE,ESQS
225 BROADWAY STE 2700

NEW YORK, NY 10007

_Pd 12/18/15_

## INVOICE FOR SERVICE

| BILL DATE | INVOICE # | BALANCE |
|---|---|---|
| 12/15/2015 | 9651 | 387.00 |

## TOTAL:

| | |
|---|---|
| A - SERVICE | B - ATTEMPTED SERVICE |
| C - FILING | D - SPECIAL AFFIDAVIT |
| E - SUBSTITUTED SERVICE | F - WITNESS FEE ADVANCED |
| G - WITNESS FEE PAID BY ATTORNEY | H - SOS ALBANY FEE ADVANCED |
| I - SOS ALBANY FEE PAID BY ATTORNEY | J - SOS 253 OR 254 FEE ADVANCED |
| K - SOS 253 OR 254 FEE PAID BY ATTORNEY | L - MATRIMONIAL ACTION |
| M - MILITARY INVESTIGATION | P - COURT FILING FEE ADVANCED |
| Q - COURT FILING FEE PAID BY ATTORNEY | S - LOCATION |
| T - SO ORDER | U - EXTRA COPIES MADE |
| V - EXPRESS MAIL CHARGE | W - POSTAGE |
| X - CPLR | Y - MESSENGER / COURIER |
| Z - COURT APPEARANCE | N - HOURLY CHARGE |

1



Completed: 12/08/2015 - Service #2118862: GERARD
SARDINA, TAX NO. 931162
ANDY JAMES v. CITY OF NEW YORK ETAL
Ref#
A- SERVICE                                    $62.00
DOCUMENTS EMAILED BY CLIENT                   $7.50

Completed: 12/08/2015 - Service #2118861: JEREMY
DEMARCO, SHIELD 1992
ANDY JAMES v. CITY OF NEW YORK ETAL
Ref#
A - SERVICE                                   $57.00
X - COPIES                                    $5.00



Completed: 12/08/2015 - Service #2118860:
KHAMRAJ SINGH, TAX NO. 915183
ANDY JAMES v. CITY OF NEW YORK ETAL
Ref#
A - SERVICE                                   $57.00
X - COPIES                                    $5.00

**TOTAL CHARGES:**

**BALANCE:**