

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

Elissa Fudim
Senior Counsel
Phone: (212) 356-2335
Fax: (212) 356-3509
efudim@law.nyc.gov

September 14, 2016

**BY ECF**
Honorable Peggy Kuo, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>Andy James v. City of New York et. al., 15-CV-03657-ERK-PK</u>

Dear Judge Kuo:

      I write to briefly respond to the sur-reply letter filed by Mr. Lumer on September 12, 2016 in further support of his application for attorneys' fees. Mr. Lumer asks the Court to take note of <u>Bailey v. Pataki</u>, 2016, WL 3545941, at *6 (S.D.N.Y. June 16, 2016) in further support of his request for attorneys' fees calculated using a rate of $500 an hour. For the reasons set forth herein, <u>Bailey</u> should not affect the Court's consideration in this case.

      <u>Bailey</u> was an complicated case, involving more than 50 parties, 6 consolidated actions, and 8 years of litigation, which went up to the Second Circuit. "The outcome of this case resulted in 'ground-breaking conclusions of law' that constituted 'a new rule of liability,' and serves "a significant public interest." <u>Id.</u>, at *20, 24. Further, <u>Bailey</u> was <u>not</u> a § 1983 police liability case. Rather, <u>Bailey</u> was a § 1983 case concerning involuntary commitment made pursuant to § 9.27 of the New York Mental Hygiene Law. In all material respects, <u>Bailey</u> is different than the present case, in which a single plaintiff sued three individual police officers and the City of New York alleging a garden variety false arrest claim, which was resolved early in the litigation, prior to a single deposition. The $500 and $600 rates applied in <u>Bailey</u> are not appropriate here. For the appropriate rate and hours, defendants refer the Court to their Opposition at Docket Entry # 28.

      Respectfully submitted,

      /s/

      Elissa Fudim (EF6756)
      *Senior Counsel*

CC: Michael Lumer, Esq. (BY ECF)
*Plaintiff's Counsel*